**The People of the State of Illinois ex rel. Bernice Zukauski, appellee, v. Joe Kaulas, appellant. Gen. No. 31,753.**

Bastardy proceeding. Judgment of filiation and for maintenance. Appeal from the Municipal Court of Chicago; the Hon. Herbert G. Immerhausen, Judge, presiding. Heard in the third division of this

court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Harold O. Mulks, for appellant. Robert E. Crowe, State's Attorney, for appellee; Lee R. La Rochelle and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.